**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

IN THE INTEREST OF: T. L. B., A MINOR : No. 98 MAL 2016
              :
              : Petition for Allowance of Appeal from
PETITION OF:  COMMONWEALTH OF : the Order of the Superior Court
PENNSYLVANIA         :

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 18th day of May, 2016, the Petition for Allowance of Appeal is

**DENIED**.

  Justice Wecht did not participate in the consideration or decision of this matter.